**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**John D. RIDDICK, Sr., Defendant—
Appellant.**

**No. 05–7337.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 12, 2005.

Decided: Jan. 31, 2006.

John D. Riddick, Sr., Appellant Pro Se. Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

**PER CURIAM:**

John D. Riddick, Sr., seeks to appeal the district court's order denying his motion under 28 U.S.C. § 2255 (2000). The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000).

A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. *See Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Riddick has not made the requisite showing.

Accordingly we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not and the decisional process.

*DISMISSED*